# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3401

_____

Samuel Lewis Taylor

*Plaintiff - Appellant*

v.

Ronda Pash, Warden; Paul Drake, Function Unit Manager; Cyndi Prudden, MO DOC Deputy Division Director; Todd Issleib, Grievance Officer; Larry Williams, Classification Caseworker Manager; Vincent Negus, Classification Caseworker Assistant I; CO I Mike Laytham, (listed as Thomas Laytham on complaint); Julie Whitsell, Dekalb County Circuit Court Clerk; CO I Harold W. Kelley, (listed as Kelly on complaint); Best, Correctional Officer I; Young, Correctional Officer I; Camden Atkinson, Classification Caseworker Manager II; Martin, Correctional Officer I; Eldredge, Correctional Officer I; Lamanno, Dr.; Sanchez, Dr.; Terry Page, Assistant Warden; Corbin, Correctional Officer I; Mandy Pettigrew, (listed as M Pedigrew on complaint); Schmieg, Correctional Officer I; David Baker, (listed as Baker on complaint); Staci Smith, Function Unit Manager

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph
_____

Submitted: November 6, 2018
Filed: January 25, 2019
[Unpublished]
_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri prisoner Samuel Taylor, while confined at Crossroads Correctional Center, filed a 42 U.S.C. § 1983 complaint against prison officials, dentists, and a court official, claiming that defendants delayed necessary dental treatment, deprived him of property, denied him a premium-pay prison job, issued false disciplinary charges with no meaningful hearing, denied him court access, and exposed him to unsanitary conditions, all in retaliation for his redress of grievances, and all as part of a conspiracy. The district court[1] dismissed some claims before service of process and granted defendants' motions for summary judgment as to the remaining claims. Following careful de novo review of the record and Taylor's arguments on appeal, we affirm the district court's challenged rulings for the reasons stated in its orders. We also find no abuse of discretion in the district court's ruling on Taylor's motion to compel. The judgment is affirmed. See 8th Cir. Rule 47B.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.